51253. CENTRAL BANK & TRUST COMPANY v.
PRICE.

WEBB, Judge.

1. This is an action against the guarantor of a promissory note. Pursuant to Code § 103-205, the guarantor had notified the creditor in writing to proceed to collect the debt from the principals, setting forth their county of residence. The creditor failed to commence an

action against them within three months after the notification, resulting in the discharge of the guarantor. Code § 103-205. Accordingly the lower court did not err in granting his motion for summary judgment.

2. Remaining contentions need not be passed upon.

*Judgment affirmed. Bell, C. J., and Marshall, J., concur.*

ARGUED OCTOBER 6, 1975 — DECIDED OCTOBER 23, 1975.

*Ragsdale & Estes, Andrew W. Estes,* for appellant.

*Gershon, Rudin, Pindar & Olim, Max Olim,* for appellee.